**Jeremy LEVIN and Dr. Lucille Levin,**
**Plaintiffs–Appellees,**

v.

**BANK OF NEW YORK,**
**et. al., Defendants,**

JPMorgan Chase & Co. and JPMorgan
Chase Bank, N.A., Third–Party
Plaintiffs,

v.

Central Bank of Nigeria, Third–
Party Defendant–Appellant,

JPMorgan Chase & CO. and JPMorgan
Chase Bank, N.A., Third–Party
Plaintiffs,

v.

Steven M. Greenbaum, et al., Third–
Party Defendants–Appellees.

No. 13–4711.

United States Court of Appeals,
Second Circuit.

May 11, 2015.

David H. Fromm (Patrick R. O'Mea, on the brief), Brown Gavalas & Fromm LLP, New York, NY, for Appellant.

Kristy N. Grace, DLA Piper LLP (US), Baltimore, MD (Timothy Birnbaum, DLA Piper LLP (US), New York, NY; Richard M. Kremen, Dale K. Cathell, DLA Piper LLP (US), Baltimore, MD; Curtis C. Mechling, Jamie L. Bernard, Stroock & Stroock & Lavan LLP, New York, NY; Suzelle M. Smith, Don Howarth, Howarth & Smith, Los Angeles, CA, on the brief), for Appellees.

PRESENT: RICHARD C. WESLEY, DEBRA ANN LIVINGSTON and DENNY CHIN, Circuit Judges.

## SUMMARY ORDER

We **REVERSE** the judgment of the District Court and **REMAND** with instructions to the District Court to vacate the turnover order and to enter judgment for third party Defendant–Appellant Central Bank of Nigeria dismissing the complaint. *See Calderon–Cardona v. Bank of N.Y. Mellon,* 770 F.3d 993 (2d Cir.2014); *Hausler v. JP Morgan Chase Bank, N.A.,* 770 F.3d 207 (2d Cir.2014) (per curiam).